1  AMANDA B. WHITTEN (State Bar No. 251160)
     E-Mail: amanda@bwlaw.com
2  **BRYANT WHITTEN LLP**
   8050 North Palm Avenue, Suite 210
3  Fresno, CA 93711
   Telephone: (559) 494-4910
4
5  Attorneys for Plaintiff Max Madayag

6  DAVID A. WIMMER (State Bar No. 155792)
     E-Mail: dwimmer@swerdlowlaw.com
7  EMILY G. CAMASTRA (State Bar No. 258808)
     E-Mail: ecamastra@swerdlowlaw.com
8  **SWERDLOW FLORENCE
      SANCHEZ SWERDLOW & WIMMER**
9  A Law Corporation
   9401 Wilshire Blvd., Suite 828
10 Beverly Hills, California 90212
   Telephone: (310) 288-3980
11
12 Attorneys for Defendants McLane/Suneast, Inc.
   and Patricia Hawkins

13

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MAX MADAYAG,<br><br>            Plaintiff,<br><br>     vs.<br><br>MCLANE/SUNEAST, INC., a Texas Corporation, PATRICIA HAWKINS, an individual, and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No. 1:16-CV-01082-AWI-SAB<br><br>**STIPULATION AND ORDER TO RESCHEDULE SCHEDULING CONFERENCE** |

WHEREAS the Court has set the Scheduling Conference in this matter for Monday, October 3, 2016, beginning at 9:00 a.m.; and

WHEREAS Monday, October 3, 2016, is the first day of the Jewish high holiday of Rosh Hashanah (the Jewish New Year);  and

WHEREAS Defendants' lead trial counsel will not be working that day in observance of Rosh Hashanah; and

WHEREAS counsel for the parties have conferred and both are available on the following Monday, October 10, 2016;

IT IS HEREBY STIPULATED BY THE PARTIES, acting by and through their below-signed counsel, that, subject to the below approval and Order of this Court, the Scheduling Conference in this matter be changed from October 3, 2016, to October 31, 2016, at 3:30 p.m. before Magistrate Judge Stanley A. Boone. A joint scheduling report is due one week before the new conference date.

DATED:  September 12, 2016    SWERDLOW FLORENCE
                              SANCHEZ SWERDLOW & WIMMER


                              By: _____/s/_____
                                  DAVID A. WIMMER
                                  Attorneys for Defendants McLane/Suneast,
                                  Inc. and Patricia Hawkins


DATED:  September 12, 2016    BRYANT WHITTEN, LLP


                              By: _____/s/_____
                                  AMANDA B. WHITTEN
                                  Attorneys for Plaintiff Max Madayag

IT IS SO ORDERED.

Dated:  **September 13, 2016**    _____
                                  UNITED STATES MAGISTRATE JUDGE