# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MAX MADAYAG,<br><br>            Plaintiff,<br><br>     vs.<br><br>MCLANE/SUNEAST, INC., a Texas Corporation, PATRICIA HAWKINS, an individual, and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No. 1:16-cv-01082-AWI-SAB<br><br>**ORDER RE STIP TO CONTINUE SCHEDULING CONFERENCE**<br><br>**(ECF No. 17)** |

WHEREAS Plaintiff filed a Motion to Remand on August 15, 2016;

WHEREAS, on September 21, 2016, Senior District Judge Anthony W. Ishii vacated the September 26, 2016, hearing on Plaintiff's Motion to Remand and took the matter under submission;

WHEREAS the parties are currently awaiting Judge Ishii's ruling on Plaintiff's Motion to Remand;

WHEREAS the Court has a Scheduling Conference set in this matter for Monday, October 31, 2016, at 3:30 p.m.;

WHEREAS the Court previously continued the Scheduling Conference due to the Jewish high holiday of Rosh Hashanah (the Jewish New Year); and

WHEREAS counsel for the parties have conferred and both are available on Monday, November 28, 2016;

IT IS HEREBY STIPULATED BY THE PARTIES, acting by and through their

below-signed counsel, that, subject to the below approval and Order of this Court, the Scheduling Conference in this matter be changed from October 31, 2016, to November 28, 2016, beginning at 3:30 p.m.

DATED: October 18, 2016         SWERDLOW FLORENCE
                                SANCHEZ SWERDLOW & WIMMER


                                By:  /S/David A. Wimmer
                                     DAVID A. WIMMER
                                     Attorneys for Defendants McLane/Suneast,
                                     Inc. and Patricia Hawkins

DATED: October 18, 2016         BRYANT WHITTEN, LLP


                                By:  /S/Amanda B. Whitten
                                     AMANDA B. WHITTEN
                                     Attorneys for Plaintiff Max Madayag

## **ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the scheduling conference currently set for October 31, 2016, is continued to November 28, 2016, at 3:30 p.m. before the undersigned in Courtroom 9. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated:  **October 18, 2016**

                                                        UNITED STATES MAGISTRATE JUDGE