1  AMANDA B. WHITTEN (State Bar No. 251160)
     E-Mail: amanda@bwlaw.com
2  **BRYANT WHITTEN LLP**
   8050 North Palm Avenue, Suite 210
3  Fresno, CA 93711
   Telephone: (559) 494-4910
4
   Attorneys for Plaintiff Max Madayag
5
6  DAVID A. WIMMER (State Bar No. 155792)
     E-Mail: dwimmer@swerdlowlaw.com
7  EMILY G. CAMASTRA (State Bar No. 258808)
     E-Mail: ecamastra@swerdlowlaw.com
8  **SWERDLOW FLORENCE**
     **SANCHEZ SWERDLOW & WIMMER**
9  A Law Corporation
   9401 Wilshire Blvd., Suite 828
10 Beverly Hills, California 90212
   Telephone: (310) 288-3980
11
   Attorneys for Defendants McLane/Suneast, Inc.
12 and Patricia Hawkins

13

14                    **UNITED STATES DISTRICT COURT**

15        **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

16

17 MAX MADAYAG,                          Case No. 1:16-CV-01082-AWI-SAB

18          Plaintiff,                   **STIPULATION AND  ORDER TO**
                                         **FURTHER CONTINUE SCHEDULING**
19      vs.                              **CONFERENCE**

20 MCLANE/SUNEAST, INC., a Texas
   Corporation, PATRICIA HAWKINS, an
21 individual, and DOES 1 through 20,
   inclusive,
22
            Defendants.
23

24      WHEREAS Plaintiff filed a Motion to Remand on August 15, 2016;

25      WHEREAS, on September 21, 2016, Senior District Judge Anthony W. Ishii

26 vacated the September 26, 2016, hearing on Plaintiff's Motion to Remand and took the

27 matter under submission;

28      WHEREAS the parties are currently awaiting Judge Ishii's ruling on Plaintiff's

1   Motion to Remand;

2        WHEREAS the Court has a Scheduling Conference set in this matter for Monday,

3   November 28, 2016, at 3:30 p.m.;

4        WHEREAS, to conserve the parties' and the Court's resources pending the decision

5   on the Motion to Remand, the parties desire to continue the Scheduling Conference;

6        WHEREAS counsel for the parties have conferred and both are available on

7   Monday, January 30, 2017;

8        IT IS HEREBY STIPULATED BY THE PARTIES, acting by and through their

9   below-signed counsel, that, subject to the below approval and Order of this Court, the

10  Scheduling Conference in this matter be changed from November 28, 2016, to January 24,

11  2017, beginning at 3:30 p.m. before Magistrate Judge Stanley A. Boone.  A joint

12  scheduling report is due one week before the new conference date.

13

14  DATED:  November 16, 2016          SWERDLOW FLORENCE
                                       SANCHEZ SWERDLOW & WIMMER
15

16
                                       By:  /S/David A. Wimmer
17                                         DAVID A. WIMMER
                                           Attorneys for Defendants McLane/Suneast,
18                                         Inc. and Patricia Hawkins

19

20  DATED:  November 16, 2016          BRYANT WHITTEN, LLP

21

22                                     By:  /S/Amanda B. Whitten
                                           AMANDA B. WHITTEN
23                                         Attorneys for Plaintiff Max Madayag

24  IT IS SO ORDERED.

25  Dated:   **November 17, 2016**

26                                     UNITED STATES MAGISTRATE JUDGE

27

28

2